# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky,<br>        Plaintiffs,<br>vs.<br>WESTPORT INSURANCE CORP.,<br>        Defendant. | Case No. 8:13-cv-78<br><br>ORDER GRANTING JOINT MOTION FOR ENLARGMENT OF TIME |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky,<br>        Plaintiffs,<br>vs.<br>WESTPORT INSURANCE CORPORATION,<br>        Defendant. | Case No. 4:15-cv-3021<br><br>ORDER GRANTING JOINT MOTION FOR ENLARGMENT OF TIME |

THIS MATTER is before the Court on a Joint Motion for Enlargement of Time (Filing No. 153 in Case No. 8:13-cv-78 and Filing No. 10 in Case No. 4:15:cv-3021). For the reasons set forth in in the joint Motion and for other good cause shown, the Court finds the Motion should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED that the Joint Motion for Enlargement of Time is granted and the following motions and briefs shall be filed on or before June 23, 2015:

    a.    All motions to dismiss and motions for summary judgment in Case No. 8:13-cv-78.

   b. Defendant's Reply Brief in Support of its Motion to Reconsider in Case No. 8:13-cv-78.

   c. Plaintiff's Opposition to Westport's Motion to Dismiss (Doc #9) in Case 4:15-cv-3021.

   Dated this 28th day of April, 2015.

            BY THE COURT:

            */s/ Cheryl R. Zwart*
            Cheryl R. Zwart
            United States Magistrate Judge